ACCEPTED
06-14-00177-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2015 11:01:21 AM
DEBBIE AUTREY
CLERK

No. 06-14-00177-CR

IN THE COURT OF APPEALS

FOR THE SIXTH APPELLATE DISTRICT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/29/2015 11:01:21 AM
DEBBIE AUTREY
Clerk

TEXARKANA, TEXAS

MARTIN LUTHER BURNS                    APPELLANT

VS

STATE OF TEXAS                         APPELLEE

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT**

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

I.

Judgment was entered with the 115th District Court of Marion County, Texas, in Cause Number F12698 styled The State of Texas vs. Martin Luther Borns, on the 22nd day of September, 2014. The Appellant's brief is due on January 29, 2015. This is the Appellant's second request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until February 13, 2015, and will hopefully be the last extension we will ask for and as reason therefore, would show the court as follows: Appellant's attorney has recently completed a brief in Skie Jordan Smith v. State, Case number 06-14-00071-CR and submitted said brief to the Sixth Court of Appeals. Further, Appellant's attorney recently submitted a brief in State v. Casey Dale Hammack, Case Number 06-14-00175-CR to the Sixth Court of Appeals. Further, Appellant's attorney has recently submitted a brief in Cory Martin Colvin v. State, Case Number 06-14-00163-CR to the Sixth Court of Appeals.  Further, Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning January 12, 2015: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Ronald Ray Hohensee, Cause Number 16696; State v. Mary Ellen Clark, Cause Number 16723; State v. Christopher Alan Ray, Cause Number 16,784; State v Cortney Lee Fields, Cause Number 16,828; State v. Megan Malota, Cause number 16,861; State v. Kelly Wayne Haney, Cause number 16,881; and State v. Lester Shane Browning, Cause Number 16,875. Further, Appellant's attorney has been preparing for a jury trial anticipated during the week of January 26,2015. in the 124th District Court, State v. Jeremy Scott, Cause number 43,891-B.

Appellant's attorney was out of town a great deal of time during the Christmas holidays and was ill when returning from the trip.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Honorable Court of Appeals extend the time for the filing of Appellant's Brief in this cause to the 13th day of February, 2015.

Respectfully Submitted,

/s/Tim Cone

_____
Tim Cone, Attorney At Law
State Bar N. 04660350
P.O. Box 413
Gilmer, Texas  75644
903-725-6270
 e-mail: timcone6@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Angela Smoak, County Attorney for Marion County, attorney for Appellee, on this the 29th day of January, 2015.

/s/Tim Cone

_____

Tim Cone, Attorney At Law